UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| LORNA MEYER, pleading on her own behalf and on behalf of all other similarly situated consumers,<br><br>       Plaintiff,<br><br>vs.<br><br>DEKALB COUNTY SOLUTIONS, INC.<br><br>       Defendant. | Case No.: 5:17-cv-00081-DAE<br><br>**STIPULATION FOR DISMISSAL** |

It is hereby stipulated and agreed by and between counsel for Plaintiff LORNA MEYER and Defendant DEKALB COUNTY SOLUTIONS, INC. ("Dekalb") that the above-entitled action is hereby dismissed with prejudice, and without attorneys' fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: July 12, 2017

Respectfully submitted,

/s/ Robbie Malone
Robbie Malone, Esq.
MALONE AKERLY MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
T: 214-346-2630
F: 214-346-2631
rmalone@rmalonelaw.com

*Attorney for Defendant*

/s/ Daniel Zemel
Daniel Zemel, Esq.
ZEMEL LAW, LLC
78 John Miller Way, Suite 430
Kearny, New Jersey 07032
T: (862) 227-3106
F: (862) 204-5901
DZ@zemellawllc.com

*Attorneys for Plaintiff*

IT IS SO ORDERED, this 13th day of July, 2017.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2017 a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF system.

s/ Daniel Zemel
Daniel Zemel, Esq.